IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY STOKES                                                                    PLAINTIFF

v.                             No. 4:16-cv-696-DPM

MONTY WHATLEY and
UNION PACIFIC RAILROAD                                                       DEFENDANTS

ORDER

Motion, № 21, granted. Stokes hasn't filed an individual complaint; and the deadline Judge Baker set has passed. № 1. This case will therefore be dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 November 2016