IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ANTHONY STOKES**                                                                PLAINTIFF

v.                              No. 4:16-cv-696-DPM

**MONTY WHATLEY and
UNION PACIFIC RAILROAD**                                              DEFENDANTS

JUDGMENT

The complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 November 2016